Horace T. HARRIS, Plaintiff-Appellant,

v.

WELLS FARGO BANK N.A., as Trustee FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-PR-1 TRUST, Defendant-Appellee.

No. 17-1396

United States Court of Appeals, Fourth Circuit.

Submitted: July 20, 2017

Decided: July 24, 2017

Horace T. Harris, Appellant Pro Se. Nathan Ira Brown, NELSON MULLINS RILEY & SCARBOROUGH, LLP, Huntington, West Virginia; Erika Jensene Karnaszewski Fedelini, NELSON MULLINS RILEY & SCARBOROUGH, LLP, Charleston, South Carolina, for Appellee.

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Horace T. Harris appeals the district court's order dismissing his complaint based on res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harris v. Wells Fargo Bank, N.A.*, No. 3:16-cv-00174-JAG, 2017 WL 838687 (E.D. Va. Mar. 3, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*